No. 120. A. R. DEMORY INVESTMENT Co. v. HAESE, TRUSTEE. October 13, 1930. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Paul B. Cromelin, Bolitha J. Laws,* and *Francis Price* for petitioner. *Mr. Isaac Pacht* for respondent.